1  ROBERT P. HENK     (147490)
2  SHERI L. LEONARD  (173544)
   **HENKLEONARD**
3  **A Professional Law Corporation**
4  2260 Douglas Blvd., Suite 200
   Roseville, CA 95661
5  Telephone:   (916) 787-4544
   Fax:              (916) 787-4530
6  Email:           henkleonard@aol.com

7
   Attorneys for Plaintiff
8  **THERESA WESTPHAL**

9  MARK S. SPRING    (155114)
10 RYAN McCOY          (276026)
   **CAROTHERS DISANTE & FREUDENBERGER**
11 900 University Avenue, Suite 200
12 Sacramento, CA 95825
   Telephone:   (916) 361-0991
13 Fax:              (916) 570-1958
   Email:           mspring@cdflaborlaw.com
14
15 Attorneys for Defendant,
   **SANOFI-AVENTIS U.S. LLC.**
16

17                    THE UNITED STATES DISTRICT COURT
18                        EASTERN DISTRICT OF CALIFORNIA
19

| | |
|---|---|
| **THERESA WESTPHAL,** | **CASE NO.:  12 CV 02122 JAM GGH** |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR REQUEST FOR DISMISSAL** |
| **SANOFI-AVENTIS U.S,** and **DOES 1 through 5**, inclusive, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the Plaintiff and Defendant, through their

designated counsel of record, that this case be dismissed in its entirety, with prejudice, pursuant

to FRCP 41(a)(1), each party to bear their own fees and costs.

Stipulation and [Proposed] Order for Request for Dismissal
1

Dated:  February 21, 2013         **HENKLEONARD**
                                  *A Professional Law Corporation*


                                  /s/SHERI L. LEONARD
                                  **SHERI L. LEONARD**
                                  Attorney for Plaintiff
                                  **THERESA WESTPHAL**


Dated: February 21, 2013          **CAROTHERS DISANTE & FREUDENBERGER**


                                  /s/MARK S. SPRING (as Authorized on 2/21/13)
                                  **MARK S. SPRING**
                                  **RYAN McCOY**
                                  Attorneys for Defendant
                                  **SANOFI-AVENTIS U.S. LLC.**


**IT IS SO ORDERED.**


Dated:  2/21/2013

                                          /s/ John A. Mendez_____
                                          **HON. JOHN A. MENDEZ**
                                          U. S. DISTRICT COURT JUDGE

Stipulation and [Proposed] Order for Request for Dismissal