ROBERT P. HENK    (147490)
SHERI L. LEONARD  (173544)
**HENKLEONARD**
**A Professional Law Corporation**
2260 Douglas Blvd., Suite 200
Roseville, CA 95661
Telephone:    (916) 787-4544
Fax:          (916) 787-4530
Email:        henkleonard@aol.com

Attorneys for Plaintiff
**THERESA WESTPHAL**

MARK S. SPRING    (155114)
RYAN McCOY       (276026)
**CAROTHERS DISANTE & FREUDENBERGER**
900 University Avenue, Suite 200
Sacramento, CA 95825
Telephone:    (916) 361-0991
Fax:          (916) 570-1958
Email:        mspring@cdflaborlaw.com

Attorneys for Defendant,
**SANOFI-AVENTIS U.S. LLC.**

THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THERESA WESTPHAL,**<br><br>    Plaintiff,<br><br>    vs.<br><br>**SANOFI-AVENTIS U.S,** and **DOES 1 through 5**, inclusive,<br><br>    Defendant. | **CASE NO.:  12 CV 02122 JAM GGH**<br><br><br><br>**STIPULATION AND ORDER FOR REQUEST FOR DISMISSAL** |

   IT IS HEREBY STIPULATED by and between the Plaintiff and Defendant, through their designated counsel of record, that this case be dismissed in its entirety, with prejudice, pursuant to FRCP 41(a)(1), each party to bear their own fees and costs.

Stipulation and [Proposed] Order for Request for Dismissal

1

Dated:  February 21, 2013          **HENKLEONARD**
                                   *A Professional Law Corporation*


                                   /s/SHERI L. LEONARD
                                   **SHERI L. LEONARD**
                                   Attorney for Plaintiff
                                   **THERESA WESTPHAL**


Dated: February 21, 2013           **CAROTHERS DISANTE & FREUDENBERGER**


                                   /s/MARK S. SPRING (as Authorized on 2/21/13)
                                   **MARK S. SPRING**
                                   **RYAN McCOY**
                                   Attorneys for Defendant
                                   **SANOFI-AVENTIS U.S. LLC.**


**IT IS SO ORDERED.**


Dated:  2/21/2013

                                   /s/ John A. Mendez
                                   **HON. JOHN A. MENDEZ**
                                   U. S. DISTRICT COURT JUDGE

Stipulation and [Proposed] Order for Request for Dismissal